■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PICART, Appellant. [41 NYS3d 905]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Doyle, J.), rendered January 24, 2011, convicting him of criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowing, voluntary, and intelligent because he was not adequately advised of his *Boykin* rights (*see Boykin v Alabama*, 395 US 238 [1969]) is unpreserved for appellate review, since the defendant did not move for leave to withdraw his plea of guilty, although he had ample time to do so (*see People v Williams*, 27 NY3d 212, 221-222 [2016]; *People v Conceicao*, 26 NY3d 375, 382 [2015]; *People v Joseph*, 142 AD3d 627, 628 [2016]). In any event, the defendant's contention in this regard is without merit (*see People v Sougou*, 26 NY3d 1052, 1055 [2015]; *People v Harris*, 61 NY2d 9, 20-21 [1983]). Dillon, J.P., Dickerson, Hinds-Radix and Maltese, JJ., concur.